UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Green Machine Management Corp.</u>

    v.                                      Civil No. 05-cv-439-SM

<u>Eileen A. Nevins</u>

**O R D E R**

Defendant moves for entry of default judgment for plaintiff's failure to provide documents in response to her Rule 34 request.

The document request was made on June 15, 2006. Follow-up requests by mail were made on July 26 and August 21, 2006. Plaintiff's counsel has indicated that he has inquired of plaintiff's sole shareholder as to why no documents have been produced and has received no response. Plaintiff is ordered to show cause within ten (10) days why the case should not be dismissed with prejudice for failure to provide discovery.

    **SO ORDERED.**

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: October 18, 2006

cc:   Steven M. Latici, Esq.
       Ralph Suozzo, Esq.