**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Green Machine Management Corp.

    v.                          Civil No. 05-cv-439-SM

Eileen A. Nevins

## REPORT AND RECOMMENDATION

I recommend that Defendant's Motion for Default Judgment (document no. 10) be granted.  Plaintiff has ignored discovery requests for months, refuses to respond to counsel and has not prosecuted the case.

Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Unauthorized Practice of Law Committee v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

                                 _James R. Muirhead_
                                James R. Muirhead
                                United States Magistrate Judge

Date: November 1, 2006

cc:  Steven M. Latici, Esq.
     Ralph Suozzo, Esq.