UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Green Machine Management Corp.

          v.                                Civil No. 05-cv-439-SM

Eileen A. Nevins


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 1, 2006, no objection having been filed. Defendant's Motion for Default Judgment is granted.

SO ORDERED.


January 29, 2007                              /s/ Steven J. McAuliffe
                                                    Steven J. McAuliffe
                                                    Chief Judge


cc:    Ralph Suozzo, Esq.